B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CROSS, CHRISTOPHER ERIC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**CROSS, DANA JANAE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0318** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2965** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9891 LIBERTY VIEW ROAD**<br>**LAS VEGAS, NV**　　　ZIP Code **89148** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9891 LIBERTY VIEW ROAD**<br>**LAS VEGAS, NV**　　　ZIP Code **89148** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br><br>　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CROSS, CHRISTOPHER ERIC**<br>**CROSS, DANA JANAE** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _/s/ MICHAEL J. DAWSON, ESQ._      **August 12, 2010**<br>Signature of Attorney for Debtor(s)                (Date)<br>**MICHAEL J. DAWSON, ESQ. 000944** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CROSS, CHRISTOPHER ERIC**<br>**CROSS, DANA JANAE** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ CHRISTOPHER ERIC CROSS**
Signature of Debtor  **CHRISTOPHER ERIC CROSS**

X  **/s/ DANA JANAE CROSS**
Signature of Joint Debtor **DANA JANAE CROSS**

Telephone Number (If not represented by attorney)

**August 12, 2010**
Date

**Signature of Attorney\***

X  **/s/ MICHAEL J. DAWSON, ESQ.**
Signature of Attorney for Debtor(s)

**MICHAEL J. DAWSON, ESQ. 000944**
Printed Name of Attorney for Debtor(s)

**MICHAEL J. DAWSON, CHTD.**
Firm Name
**515 SOUTH THIRD STREET**
**LAS VEGAS, NV 89101**

Address

**Email: Mdawson@lvcoxmail.com**
**(702) 384-1777  Fax: (702) 385-4950**
Telephone Number

**August 12, 2010**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **CHRISTOPHER ERIC CROSS**
**DANA JANAE CROSS**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                        Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ CHRISTOPHER ERIC CROSS**
                              **CHRISTOPHER ERIC CROSS**

Date:     **August 12, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **CHRISTOPHER ERIC CROSS**
      **DANA JANAE CROSS**

Debtor(s)

Case No. _____

Chapter   **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                            Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ DANA JANAE CROSS**
                              **DANA JANAE CROSS**

Date:  **August 12, 2010**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re  **CHRISTOPHER ERIC CROSS**
      **DANA JANAE CROSS**
                                 Debtor(s)

Case No.

Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**CHRISTOPHER ERIC CROSS**
**DANA JANAE CROSS**

Printed Name(s) of Debtor(s)

Case No. (if known)

X  **/s/ CHRISTOPHER ERIC CROSS**    **August 12, 2010**

    Signature of Debtor                Date

X  **/s/ DANA JANAE CROSS**         **August 12, 2010**

    Signature of Joint Debtor (if any)    Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

1

2                                    **LIST OF CREDITORS**

3    America's Servicing Company
     P.O. Box 10328
4    Des Moines, IA 50306

5    American Express
     2965 West Corporate
6    Weston, FL 33331-3626

7    Ann Taylor
     P.O. Box 182273
8    Columbus, OH 43218

9    Ann Taylor
     P.O. Box 182125
10   Columbus, OH 43218-2125

11   Bank of America
     P.O. Box 15311
12   Wilmington, DE 19850

13   Bank of America
     c/o Bonded Collection Corporation
14   29 East Madison Street
     Suite 1650
15   Chicago, IL 60602-4427

16   CBIC Insurance
     1213 Valley Street
17   Seattle, WA 98109-0271

18   CBIC-Las Vegas
     P.O. Box 26990
19   Las Vegas, NV 89126-0990

20   Central Mortgage
     801 John Barrow Road
21   Suite 1
     Little Rock, AR 72205
22
     Chase
23   900 Stewart Avenue
     Floor 3
24   Garlen City, NY 11530

25   Chase
     P.O. Box 15298
26   Wilmington, DE 19850

27

28

Chase Bank USA, NA
c/o National Actions Financial Services, Inc.
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14231

Chase Bank USA, NA
c/o National Action Financial Services, Inc.
P.O. Box 9027
Williamsville, NY 14231-9027

Chase
201 North Walnut Street
#DE1-10
Wilmington, DE 19801

City of North Las Vegas
Dept. of Public Works
2200 Civic Center Drive
North Las Vegas, NV 89030

Community One Federal Credit Union
2699 North Tenaya Way
Las Vegas, NV 89128

CSC Temple, LLC
5610 South Fort Apache Road
Las Vegas, NV 89148

Data Facts, Inc.
8520 Macon Road
Suite 2
Cordova, TX 38018

Firestone Complete Auto Care
P.O. Box 7988
Chicago, IL 60680-9534

Firestone Credit First, N.A.
CFNA
P.O. Box 81344
Cleveland, OH 44188

GE Money Bank
P.O. Box 981439
El Paso, TX 79998

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901

1

2  Hometown Community Bank
   P.O. Box 218
3  6700 Highway 53
   Braselton, GA 30517
4
   KidFixers Pediatrics
5  653 North Town Center Drive
   #80
6  Las Vegas, NV 89144

7  Lexus Financial Services
   P.O. Box 5236
8  Carol Stream, IL 60197-5236

9  Lowe's Credit Card/GEMB
   P.O. Box 530914
10 Atlanta, GA 30353-0914

11 R.C. Willey
   3850 Town Center Drive
12 Las Vegas, NV 89135

13 RC Willey Home Furnishings, Inc.
   P.O. Box 410429
14 Salt Lake City, UT 84141-0429

15 RC Willey
   2301 South 300 West
16 Salt Lake City, UT 84115

17 S.J. Meyer & Co.
   2660 South Rainbow Blvd.
18 Suite H-108
   Las Vegas, NV 89146
19
   Sallie Mae
20 P.O. Box 9500
   Wilkes Barre, PA 18773
21
   Senna Community HOA
22 P.O. Box 12117
   Las Vegas, NV 89112-2117
23
   Senna Community HOA
24 c/o US Bank
   P.O. Box 500377
25 San Diego, CA 92150-0377

26 Senna Community HOA
   c/o Absolute Collection Services, LLC
27 P.O. Box 12117
   Las Vegas, NV 89112
28

MICHAEL J. DAWSON, Chtd.
515 South Third Street
Las Vegas, NV 89101

**Page 3 of 5**

1

2    Southern Hills Hospital and
     Medical Center
3    P.O. Box 740766
     Cincinnati, OH 45274-0766

4

     Southern Hills Hospital and
5    Medical Center
     c/o West Asset Management
6    2703 North Highway 75
     Sherman, TX 75090

7

     Southern Hills Hospital and
8    Medical Center
     P.O. Box 99400
9    Louisville, KY 40269

10   Southern Terrace HOA
     630 Trade Center Drive #100
11   Las Vegas, NV 89119

12   Southern Terrace HOA
     c/o RMI Management, LLC
13   Processing Center
     P.O. Box 509073
14   San Diego, CA 92150-9073

15   Toyota Motor Credit Co.
     10040 North 25th Avenue
16   Phoenix, AZ 85021

17   Toyota Motor Credit Corporation
     Primary Retail
18   c/o National Enterprise Systems
     29125 Solon Road
19   Solon, OH 44139-3442

20   U.S. Bank Hogan, LLC
     P.O. Box 5227
21   Cincinnati, OH 45201

22   U.S. Bank
     P.O. Box 5227
23   Cincinnati, OH 45201

24   US Bank
     101 5th Street East, Suite 9
25   Saint Paul, MN 55101

26   US Bank
     P.O. Box 790084
27   St. Louis, MO 63179

28

**MICHAEL J. DAWSON, Chtd.**
515 South Third Street
Las Vegas, NV 89101

1

2    US Bank
     P.O. Box 5227
3    CN-OH-W15
     Cincinnati, OH 45202-5227

4
     Wells Fargo Business
5    100 West Washington Avenue
     Phoenix, AZ 85003

6
     Wells Fargo Business
7    100 West Washington Avenue
     Phoenix, AZ 85003

8
     WFNNB Express
9    4590 East Broad Street
     Columbus, OH 43213

10
     WFNNB/Ann Taylor
11   P.O. Box 182273
     Columbus, OH 43218

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHAEL J. DAWSON, Chtd.
515 South Third Street
Las Vegas, NV 89101

**Page 5 of  5**

MICHAEL J. DAWSON, CHTD.
MICHAEL J. DAWSON, ESQ.
Nevada Bar No. 000944
515 South Third Street
Las Vegas, NV 89101
(702) 384-1777
**mdawson@lvcoxmail.com**
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | ) | CASE NO: |
| | ) | |
| CHRISTOPHER ERIC CROSS and | ) | CHAPTER 7 |
| DANA JANAE CROSS, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## DECLARATION RE:  MASTER MAILING MATRIX

The above-named Debtors hereby attest to the completeness and correctness of the attached master mailing matrix, as required by Local Rule 925.

Dated this **12th** day of August, 2010.

*/s/Christopher Eric Cross*
CHRISTOPHER ERIC CROSS

*/s/Dana Janae Cross*
DANA JANAE CROSS

MICHAEL J. DAWSON, Chtd.
515 South Third Street
Las Vegas, NV 89101

Christopher Eric Cross
Dana Janae Cross
9891 Liberty View Drive
Las Vegas, NV 89148

Michael J. Dawson Esq.
Michael J. Dawson, Chtd.
515 South Third Street
Las Vegas, NV 89101-6501

Office of US Trustee
Dept. Of Justice
300 Las Vegas Blvd South, Suite 4300
Las Vegas, NV 89101-5803

Internal Revenue Service
STOP 5028
110 City Parkway
Las Vegas, NV 89106-4604

Nevada Department of Taxation
555 East Washington Avenue
Suite 1300
Las Vegas, NV 89101-1046

Office of The Labor Commissioner
555 East Washington Ave., Suite 4100
Las Vegas, NV 89101-1074

Employment Security Office
c/o Becky Jones
500 East Third Street
Carson City, NV 89701-4762

Clark County Treasurer, Bankruptcy Desk
500 So.  Grand Central Pkwy, 1st Floor
P.O. Box 551220
Las Vegas, NV 89155-1220

Department of Motor Vehicles
Public Safety Records Section
555 Wright Way
Carson City, NV 89701-5224

Federal Housing Administration
Las Vegas Field Office
300 S. Las Vegas Blvd., Suite 2900
Las Vegas, NV 89101-2833

America's Servicing Company
P.O. Box 10328
Des Moines, IA 50306

American Express
2965 West Corporate
Weston, FL 33331-3626

Ann Taylor
P.O. Box 182273
Columbus, OH 43218

Ann Taylor
P.O. Box 182125
Columbus, OH 43218-2125

Bank of America
P.O. Box 15311
Wilmington, DE 19850

Bank of America
c/o Bonded Collection Corporation
29 East Madison Street
Suite 1650
Chicago, IL 60602-4427

CBIC Insurance
1213 Valley Street
Seattle, WA 98109-0271

CBIC-Las Vegas
P.O. Box 26990
Las Vegas, NV 89126-0990

Central Mortgage
801 John Barrow Road
Suite 1
Little Rock, AR 72205

Chase
900 Stewart Avenue
Floor 3
Garlen City, NY 11530

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Bank USA, NA
c/o National Actions Financial Services, Inc.
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14231

Chase Bank USA, NA
c/o National Action Financial Services, Inc.
P.O. Box 9027
Williamsville, NY 14231-9027

Chase
201 North Walnut Street
#DE1-10
Wilmington, DE 19801

City of North Las Vegas
Dept. of Public Works
2200 Civic Center Drive
North Las Vegas, NV 89030

Community One Federal Credit Union
2699 North Tenaya Way
Las Vegas, NV 89128

CSC Temple, LLC
5610 South Fort Apache Road
Las Vegas, NV 89148

Data Facts, Inc.
8520 Macon Road
Suite 2
Cordova, TX 38018

Firestone Complete Auto Care
P.O. Box 7988
Chicago, IL 60680-9534

Firestone Credit First, N.A.
CFNA
P.O. Box 81344
Cleveland, OH 44188

GE Money Bank
P.O. Box 981439
El Paso, TX 79998

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901

Hometown Community Bank
P.O. Box 218
6700 Highway 53
Braselton, GA 30517

KidFixers Pediatrics
653 North Town Center Drive
#80
Las Vegas, NV 89144

Lexus Financial Services
P.O. Box 5236
Carol Stream, IL 60197-5236

Lowe's Credit Card/GEMB
P.O. Box 530914
Atlanta, GA 30353-0914

R.C. Willey
3850 Town Center Drive
Las Vegas, NV 89135

RC Willey Home Furnishings, Inc.
P.O. Box 410429
Salt Lake City, UT 84141-0429

RC Willey
2301 South 300 West
Salt Lake City, UT 84115

S.J. Meyer & Co.
2660 South Rainbow Blvd.
Suite H-108
Las Vegas, NV 89146

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Senna Community HOA
P.O. Box 12117
Las Vegas, NV 89112-2117

Senna Community HOA
c/o US Bank
P.O. Box 500377
San Diego, CA 92150-0377

Senna Community HOA
c/o Absolute Collection Services, LLC
P.O. Box 12117
Las Vegas, NV 89112

Southern Hills Hospital and
Medical Center
P.O. Box 740766
Cincinnati, OH 45274-0766

Southern Hills Hospital and
Medical Center
c/o West Asset Management
2703 North Highway 75
Sherman, TX 75090

Southern Hills Hospital and
Medical Center
P.O. Box 99400
Louisville, KY 40269

Southern Terrace HOA
630 Trade Center Drive #100
Las Vegas, NV 89119

Southern Terrace HOA
c/o RMI Management, LLC
Processing Center
P.O. Box 509073
San Diego, CA 92150-9073

Toyota Motor Credit Co.
10040 North 25th Avenue
Phoenix, AZ 85021

Toyota Motor Credit Corporation
Primary Retail
c/o National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

U.S. Bank Hogan, LLC
P.O. Box 5227
Cincinnati, OH 45201

U.S. Bank
P.O. Box 5227
Cincinnati, OH 45201

US Bank
101 5th Street East, Suite 9
Saint Paul, MN 55101

US Bank
P.O. Box 790084
St. Louis, MO 63179

US Bank
P.O. Box 5227
CN-OH-W15
Cincinnati, OH 45202-5227

Wells Fargo Business
100 West Washington Avenue
Phoenix, AZ 85003

Wells Fargo Business
100 West Washington Avenue
Phoenix, AZ 85003

WFNNB Express
4590 East Broad Street
Columbus, OH 43213

WFNNB/Ann Taylor
P.O. Box 182273
Columbus, OH 43218